IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSHUA MAZIQUE BURTON | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv211 |
| WARDEN, FCI BEAUMONT MEDIUM | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE<br>JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Joshua Mazique Burton, an inmate confined at the Federal Correctional Complex located in Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends granting the respondent's motion for summary judgment and dismissing the petition.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the report and recommendation was mailed to petitioner at the address provided to the Court. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is ADOPTED. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 12th day of March, 2025.**

Michael J. Truncale<br>
United States District Judge